

ORIGINAL

FILED

02/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 06-0422

FILED

FEB 2 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
STEPHEN J. HEGEDUS

## ORDER

Stephen J. Hegedus has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Hegedus's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken within three years preceding the date of the application for admission. Rule VII.A.9, Rules of Admission.

Hegedus passed the MPRE in 2014 when seeking admission to the practice of law in Michigan. Hegedus is currently admitted to the State Bars of Arkansas, Georgia, Illinois, Kentucky, Maryland, Massachusetts, Oklahoma, and Wisconsin. The petition states that Hegedus has practiced law "for four and a half years, without any ethical or disciplinary issues in any jurisdiction where licensed." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Stephen J. Hegedus to waive the three-year test requirement for the MPRE for purposes of Hegedus's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 22ⁿᵈ day of February, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices